UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FREDERICK M.,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. C18-799-TSZ-JPD<br><br>REPORT AND RECOMMENDATION |

    Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 9.

    Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall:

    (1)    offer the claimant an opportunity for a de novo hearing;

    (2)    allow the claimant to supplement the record;

    (3)    further consider the claimant's ability to adjust to other work; and

    (4)    obtain evidence from a vocational expert to support the findings at step five.

1  Upon proper presentation, this Court will consider plaintiff's application for costs and
2  attorney's fees under 28 U.S.C. § 2412 and costs pursuant to 28 U.S.C. § 1920.
3  Because the parties have stipulated that the case be remanded as set forth above, the
4  Court recommends that the Honorable Thomas S. Zilly immediately approve this Report and
5  Recommendation.  The Clerk should note the matter for **December 11th, 2018** as ready for
6  Judge Zilly's consideration.  A proposed order accompanies this Report and Recommendation.
7  DATED this 11th day of December, 2018.

/s/ James P. Donohue

JAMES P. DONOHUE
United States Magistrate Judge