United States District Judge Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FREDERICK MAY, | ) |
| | ) CASE NO. 2:18-cv-799 |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER FOR EAJA FEES AND COSTS |
| | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties' stipulated motion, docket no. 13, is GRANTED, and it is hereby ORDERED that attorney fees in the total amount of $1,605.93 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), subject to any offset as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010), and costs in the amount of $400.00 (for the court filing fee) pursuant to 28 U.S.C. § 1920 and 31 U.S.C. § 1304(a), are AWARDED to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees and costs shall be made payable to Plaintiff's attorney, Amy Gilbrough.

ORDER FOR EAJA FEES AND COSTS
[No. 2:18-cv-799] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

Whether the check is made payable to Plaintiff, or to Amy Gilbrough, the check shall be mailed to Ms. Gilbrough at the following address: 1904 Third Ave., Suite 1030, Seattle, Washington 98101.

Dated this 26th day of February, 2019.

_____
Thomas S. Zilly
United States District Judge

Presented by:

S/AMY M. GILBROUGH
AMY M. GILBROUGH
Attorney for Plaintiff

ORDER FOR EAJA FEES AND COSTS
[No. 2:18-cv-799] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900